### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TENNESSEE
### AT JACKSON

| | |
|---|---|
| **TEJAS TOBACCO** ) | |
| **AKA THE TOBACCO SHOP LLC,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No. 1:22-cv-01157 |
| ) | |
| **STATE AUTO INSURANCE,** ) | |
| ) | |
| **Defendant.** ) | |

### NOTICE OF REMOVAL OF A CIVIL ACTION BY DEFENDANT, STATE AUTOMOBILE MUTUAL INSURANCE COMPANY

Comes now the defendant, State Automobile Mutual Insurance Company, ("State Auto"), incorrectly sued as State Auto Insurance, by and through counsel, pursuant to 28 U.S.C. § 1446, and hereby gives notice of removal of this action from the Circuit Court of Henderson County at Lexington, Tennessee, to the United States District Court for the Western District of Tennessee, Jackson Division, and alleges as follows:

1. On February 14, 2022, the Plaintiff, Tejas Tobacco AKA The Tobacco Shop LLC, filed suit in the Circuit Court for Henderson County at Lexington, Tennessee under docket no. 22009-1 naming State Auto as the lone Defendant ("the Circuit Court suit"). A copy of the Circuit Court suit filed by the Plaintiff is attached as **Exhibit A**.

2. State Auto was served with the Circuit Court suit on June 21, 2022, through the Tennessee Department of Commerce and Insurance pursuant to Tenn. Code Ann. § 56-2-504.

3. No further proceedings have been had in the Circuit Court suit.

4. The entire amount in controversy, exclusive of interest and costs, exceeds the

sum of Seventy-Five Thousand and no/100 Dollars ($75,000.00). In particular, Plaintiff alleges, among other things, breach of contract regarding an insurance policy against State Auto seeking damages not less than $275,000.00.

5. Diversity of citizenship exists between the Plaintiff who is a citizen of Tennessee, and State Auto is a citizen of Ohio. Furthermore, State Auto's principal place of business is located in Ohio.

6. This Court has original jurisdiction over the above-styled action, pursuant to the provisions of 28 U.S.C. § 1332(a) and (c) because State Auto is not a citizen or resident of the State of Tennessee, and because the amount in controversy exceeds Seventy-Five Thousand and no/100 ($75,000.00), exclusive of interest and costs. Therefore, this removal is proper, pursuant to 29 U.S.C. § 1441(a).

**WHEREFORE**, State Auto gives Notice of the removal of this action from the Circuit Court for Henderson County at Lexington, Tennessee, to the United States District Court for the Western District of Tennessee, Jackson Division. State Auto demands a constitutional jury to try this cause.

        Respectfully submitted,

        s/Matthew B. Rogers_____
        **PARKS T. CHASTAIN**
        Registration No. 13744
        DIRECT:  (615) 630-7717
        (615) 256-8787, Ext. 114
        pchastain@bkblaw.com
        **MATTHEW B. ROGERS**
        Registration No. 038777
        DIRECT:  (615) 630-7725
        (615) 256-8787, Ext. 121
        mrogers@bkblaw.com
        Attorneys for Defendant, State Automobile
        Mutual Insurance Company

        **BREWER, KRAUSE, BROOKS & CHASTAIN, PLLC**
        545 Mainstream Drive, Suite 101
        Nashville, TN  37228

## **CERTIFICATE OF SERVICE**

   I hereby certify that on this 21st day of July, 2022, a true and correct copy of the foregoing NOTICE OF REMOVAL OF A CIVIL ACTION BY DEFENDANT, STATE AUTOMOBILE MUTUAL INSURANCE COMPANY was filed electronically.  Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U. S. Mail.  Parties may access this file through the court's electronic filing system.

Toby Gammill, Esquire
Gammill Law Group
1911 Dunbarton Drive
Jackson, MS 39216
toby@gammill-law.com

        s/Matthew B. Rogers_____
        **MATTHEW B. ROGERS**

MBR: