IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| TEJAS TOBACCO a/k/a THE TOBACCO SHOP, LLC, ) ) ) Plaintiff, ) ) v. ) ) STATE AUTOMOBILE INSURANCE ) COMPANY, ) ) Defendant. ) | No. 1:22-cv-1157-STA-jay |

**ORDER OF REFERENCE FOR REPORT AND RECOMMENDATION**

Before the Court is Defendant State Automobile Insurance Company's Motion for Sanctions (ECF No. 27) filed April 7, 2023. This matter is hereby referred to the United States Magistrate Judge for report and recommendation. Any objections to the Magistrate Judge's report shall be made within fourteen (14) days after service of the report, setting forth particularly those portions of the report objected to and the reasons for the objections. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b)(2). Failure to timely assign as error a defect in the Magistrate Judge's report will constitute a waiver of that objection.

IT IS SO ORDERED.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: April 12, 2023