UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

---

**TEJAS TOBACCO AKA THE TOBACCO SHOP LLC,**      **JUDGMENT IN A CIVIL CASE**

    **Plaintiff,**

vs.

**STATE AUTOMOBILE MUTUAL INSURANCE, COMPANY,**      **CASE NO: 22-1157-STA-jay**

    **Defendant.**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Notice of Voluntary Dismissal entered on August 15, 2023, this cause is hereby voluntarily **DISMISSED** without prejudice.

                                              **APPROVED:**

s/ S. Thomas Anderson
**JUDGE UNITED STATES DISTRICT COURT**

**DATE: 8/15/2023**                        Wendy R. Oliver
                                                      **Clerk of Court**

                                                         s/Maurice B. BRYSON

                                                         **(By)    Deputy Clerk**